IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR607-031
WOODARD HOOK LEWIS, Jr., )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Lewis's Motion for Leave to Attend Funeral. (Doc. 524.) Defendant asks the he be allowed a furlough from the Bulloch County Jail on December 6, 2008 to attend his cousin's funeral in Bulloch County. Neither the Government nor the United States Probation Office opposes this request. After careful consideration, Defendant's Motion is **GRANTED**, subject to the following conditions. Defendant shall be released from the Bulloch County Jail on Saturday, December 6, 2008 so that he may attend the funeral. Immediately following the funeral, but no later than **four (4) hours** after his release, Defendant shall return to the Bulloch County Jail. Defendant shall be responsible for arranging his own transportation. Once released, Defendant, without any deviation or variance of any kind, shall go directly from the jail to the funeral and, upon its conclusion, return directly from the funeral to the jail.

SO ORDERED this 5th day of December, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA